United States District Court
District of New Hampshire

Vincent Rashad Cooper, pro se
_____
Plaintiff

v.

New Hampshire State Prison
CO NIMIROWSKI I
_____
Defendant(s)

Civil Action No. __14-fp-11__
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(_) DEMAND FOR JURY TRIAL
(_) NO JURY TRIAL DEMAND

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. <u>Parties</u>

A. Please provide the following information for each plaintiff:

1. Name __Cooper__   __Vincent__   __R.__
   (Last)          (First)        (Initial)

2. Place of Detention __New Hampshire State prison for men__

3. Institutional Address __PO Box 14 Concord, NH 03302__

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☐ Pretrial Detention Order
   ☒ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __8-26-13__

B. Please provide the full name, current title and address known for each defendant:

1. Name __NIMIROWSKI_____
   (Last)                    (First)              (Initial)

2. Title __Corrections officer_____

3. Address __NEW Hampshire state prison for Men__
   __PO Box 14 Concord, NH 03302__


(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.  Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.


Allegation 1: __Cruel and Unusual Punishment: Violation of Eighth Amendment__

Supporting *Facts*:

On the Date of Dec 10th 2013 Plaintiff was housed at the "SHU" Special Housing Unit in the NHSP for Men. Due to "SHU" Rules Inmates are cuffed behind the back throw a tray slot on the Door. Inmate Cooper was cuffed up & His cell was then opened to exit the cell. Inmate Cooper then exited the cell. Officer Nimirowski stopped Inmate Cooper & informed him that when he exits his cell he needs to walk out backwards. Inmate Cooper walked back in his cell & came out backwards, just as the officer had asked. Once out of the cell they began to walk down the tier at which point Inmate Cooper asked "what was his problem?" Officer got on the radio & asked control to open up Coopers cell, officer then aggressively started pulling Inmate toward his cell. Inmate asked him again what is your problem. Officer replied He did not like muslims & pushed Inmate. Once @ Coopers Door Inmate asked the officer to take the cuffs off of him & & then pushed Inmate Cooper again. Inmate Cooper went into his cell

Allegation 2: **First Amendment** R/UIPA violation & **Eighth Amendment** Cruel & Unusual Punishment

Supporting *Facts*:
Inmate Cooper is a Muslim Inmate & Receives a No Pork Diet. On Tuesday DEC 3rd, WED DEC 4th Inmate Cooper was given a tray which looked like Pork. Inmate Cooper asked the officer for No Pork meals. & Both times He was told it wasn't Pork I think its Beef. On Friday DEC 6th The CO's came again with the same meat that was served on the previous days. Inmate again asked for a No Pork meal. CO's came back with a No Pork meal. When Inmate Cooper is on a No-Pork Diet. He was served Pork & Told it was Beef. This is a violation of this RLUIPA & is Cruel & Unusual Punishment.

Allegation 3: _____

Supporting Facts:

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.   Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

A) Issue a protection order
B) Order Defendant to pay ~~Defendant~~ Plaintiff in the Amount of Twenty Five Thousand dollars. **25,000.00**
C) To order Prison To Serve "Halal" Meals To Inmate Cooper

Date: 1/3/14

Signature of Plaintiff: Cooper, Rashaad Vincent, Pro Se

Allegation 1: Continued:

The door was closed ṡ Then ṡ which point the cuffs taken off of Inmate Cooper.

Plaintiff states that His Eighth Amendment rights where violated when officer stated He did not like muslims ṡ was pushed by officer which is Assault. Standards of decency always are violated whether or not significant injury is evident. Whitley vs Albers, Hudson 503 US at 7

Allegation 2 continued:

Inmate Cooper Has wrote multiple grievances to supervisors about His meals ṡ only 1 was returned. Inmate Cooper Has even asked the Chaplain to put Him on a "Halal meal" The facility does not provide Halal meals They only serve Kosher meals, And vegetarian meals For Muslims Not Halal.


Section B:
    Defendant:
    New Hampshire State Prison for Men
    PO Box 14
    Concord NH

State of New Hampshire          ]
                                ]   ss
County of _____       ]


__Vincent Rashad Cooper__, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.


Subscribed and sworn before me this _____ day of _____, 20___..


_____
Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

__1, 3, 2014__                    __Cooper, Vincent Pro Se__
DATE                              SIGNATURE


### JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (X)   NO ( )
**(check one only)**


Date: _____         _____
                              Signature of Plaintiff