UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Vincent Rashad Cooper</u>

v.                                  Case No. 14-cv-11-SM

<u>New Hampshire State Prison and
Corrections Officer Nimirowski</u>

**J U D G M E N T**

In accordance with the Orders by Judge Steven J. McAuliffe entered on March 13, 2014, and May 19, 2014, judgment is hereby entered.

By the Court,

*/s/ Daniel J. Lynch*
_____
Daniel J. Lynch
Clerk of Court

Date: May 19, 2014

cc:    Vincent Rashad Cooper, pro se